# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Jeffrey Holley, | Case No. 1:10-cv-0882-WOB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Prompt Recovery Services, Inc., | |
| Defendant. | |

Plaintiff, by and through counsel, give Notice that the parties in the above-captioned matter reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with prejudice within 30 days to allow time for execution of the settlement agreement.

RESPECTFULLY SUBMITTED,

MACEY & ALEMAN, P.C.

By: */s/ Jeffrey S. Hyslip*
   Jeffrey S. Hyslip
   233 S. Wacker
   Sears Tower, Suite 5150
   Chicago, IL 60606
   Telephone: 1.866.339.1156
   jsh@legalhelpers.com
   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 16, 2011 electronically filed the foregoing Joint Discovery Plan via the Court's CM/ECF system, which will perfect service upon the following:


Dan A. Morell, Jr.
DAN MORELL & ASSOCIATES, LLC
dmorell@danmorell.com

                       /s/ Jeffrey S. Hyslip