UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:10cv0882 (WOB)**

**JEFFREY HOLLEY**                                                     **PLAINTIFF**

**VS.**                                    <u>**O R D E R**</u>

**PROMPT RECOVERY SERVICES, INC.**                **DEFENDANT**

    Pursuant to order of this court, the parties were to submit an Agreed Order of Dismissal as settled on or before July 18, 2011, and no such Order having been received, the court being advised,

    **IT IS ORDERED AND ADJUDGED** that the within matter be, and it hereby is, **dismissed** as settled and **stricken** from the docket of this court.

    This 26th day of July, 2011.



Signed By:
William O. Bertelsman  WOB
United States District Judge